

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Cynthia Martin, David Knaus, Holly Hill, Jacob Parker, Don and Phyllis Dona, and Richard Omer Ogren, Appellants<br><br>No. 06-23-00013-CV    v.<br><br>The Texas Comptroller of Public Accounts; Glenn Hegar, in his Official Capacity, Appellees | Appeal from the 62nd District Court of Hopkins County, Texas (Tr. Ct. No. CV45092). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating. |

As stated in the Court's opinion of this date, we find that the appeal should be dismissed. Therefore, we dismiss the appeal.

We further order that the appellants pay all costs incurred by reason of this appeal.

RENDERED JUNE 13, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk